AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

MICHAEL P. CAVARRETTA,

    Petitioner,     JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER:  **3:12-cv-00494-RCJ-WGC**

WARDEN GREGORY SMITH, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** as duplicative of the first-filed action (2:09-cv-02228-GMN-VCF).

| | |
|---|---|
| November 26, 2012 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ D. R. Morgan |
| | Deputy Clerk |